AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| George Humes | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-399 |
| Lowes Home Centers, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lowes Home Centers, LLC.

Date: 10/20/2022

/s/ Linda M. Smith
*Attorney's signature*

Linda M. Smith 265038
*Printed name and bar number*
Morrison Mahoney LLP
650 Elm Street, Suite 201
Manchester, NH 03101

*Address*

lsmith@morrisonmahoney.com
*E-mail address*

(603) 622-3400
*Telephone number*

(603) 622-3466
*FAX number*