UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| GEORGE HUMES,  ) | |
|     Plaintiff  ) | |
| ) | |
| vs.  ) | CASE: 1:22cv00399PB |
| ) | |
| LOWES HOME CENTERS, LLC,  ) | |
|     Defendant  ) | |

## MOTION TO APPEAR PRO HAC VICE FILED ON BEHALF OF ATTORNEY MICHAEL F. MAHONEY

Attorney David Angueira Counsel for Plaintiff in this matter pursuant to Local Rule 83.2(b), hereby moves this court for an Order granting Michael F. Mahoney of **LAW OFFICES OF MICHAEL MAHONEY**, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, George Humes, in the above-styled cause only. In support of this motion, the undersigned states:

1. The supporting affidavit required by Local Rule 83.2(b) is attached to this motion as Exhibit A.

2. Electronic payment in the amount of One-Hundred ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Michael F. Mahoney leave to appear *pro hac vice* for purposes of this cause only.

**Dated:** 10/26/2022

Plaintiff,
By his attorneys:

*/s/ David P. Angueira*

_____
David P. Angueira, Esq.
NH Bar #: 16632
Law Office of David P. Angueria
22 Beacon Street
Boston, MA 02116
(617) 930-4849
dangueira@swartzlaw.com